# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:25-cv-00016-DTB**                                    Date: **May 7, 2025**

Title:  **Allison Blank v. Caudalie, USA, Inc., et al.**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                          None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE PROOF OF SERVICE**

On April 21, 2025, the Court issued an Order to Show Cause why Action Should not be Dismissed for Failure to Prosecute ("OSC") as Plaintiff had not filed a Proof of Service in this matter.  Plaintiff's response to the OSC was due on or before April 28, 2025.  Plaintiff was advised that it was Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.

**Plaintiff was expressly warned that failure to timely file a response to the OSC would result in this action being dismissed without prejudice as to Defendant for failure to prosecute and comply with court orders.  See Fed. R. Civ. P. 41(b).**

Plaintiff failed to respond to the OSC and prior to the dismissal of this action, Defendant Caudalie USA, Inc. appeared filing an Answer to the Complaint. (Docket No. 8).  Although Defendant has appeared in this action, Plaintiff is still obligated to serve the summons and complaint on defendant within 90 days after the complaint is filed and **file a proof of service**.

Accordingly, the Court, on its own motion, orders Plaintiff to file the proof of service **no later than three days from the date of this Order**.  No oral argument of this matter will be heard unless ordered by the Court.  This Order to Show Cause will be automatically discharged upon the filing of a proof of service.

MINUTES FORM 11                                                         Initials of Deputy Clerk  RAM
CIVIL-GEN

**Plaintiff is again expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with court orders.  See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**