Jeff H. Grant (SBN 218974)
jgrant@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Defendant
CAUDALIE USA, INC.


Gerald D. Lane Jr., (SBN 352470)
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: (754) 444-7539

Counsel for Plaintiff
ALLISON BLANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BLANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAUDALIE USA, INC.,<br><br>Defendant. | Case No. 5:25-cv-00016-DTB<br><br>Hon. David T. Bristow, Magistrate Judge<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P.  41(a)(1)(A)(ii)**<br><br>Date Action Filed:  January 3, 2025 |

1
STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

1  This stipulation is hereby made and entered into by Allison Blank, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Caudalie USA, Inc. ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their respective counsel, with reference to the following facts:

WHEREAS, the Parties have reached a settlement of the entire case and wish to stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between

The Parties, through their respective counsel, as agree as follows:

Plaintiff hereby dismisses with prejudice the entire action and all claims asserted in Case No. Case No. 5:25-cv-00016-DTB, with the Parties to each pay their own costs and attorney's fees.

**IT IS SO STIPULATED**.

Dated: 6/12/25                                     **FOX ROTHSCHILD LLP**

                                                   */s/ Matthew Follett*
                                                   Matthew Follett
                                                   Jeff H. Grant
                                                   Attorneys for Defendant
                                                   Caudalie USA, Inc.

Dated: 6/12/25                                     **The Law Offices of Jibrael S. Hindi**

                                                   */s/ Gerald D. Lane Jr.*
                                                   Gerald D. Lane Jr.
                                                   Attorneys for Plaintiff
                                                   Allison Blank, individually and on
                                                   behalf of all others similarly situated.

# FILER'S ATTESTATION OF CONCURRENCE

I, Matthew Follett, attest that I am counsel for CAUDALIE USA, INC. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: 6/12/25

**FOX ROTHSCHILD LLP**

*/s/ Matthew Follett*
Matthew Follett
Attorneys for Defendant
Caudalie USA, Inc.